PROB 12A
(7/93)

# United States District Court

for the

Eastern District of Washington

### Report on Offender Under Supervision
*(No Action Requested)*

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

OCT 18 2005

JAMES R. LARSEN, CLERK
_____ DEPUTY
RICHLAND, WASHINGTON

| | |
|---|---|
| Name of Offender: Robert Allen Hutton | Case Number: 2:03CR02053-001 |

Name of Sentencing Judicial Officer: The Honorable Edward F. Shea, U.S. District Judge

| | |
|---|---|
| Date of Original Sentence: 9/5/2003 | Type of Supervision: Supervised Release |
| Original Offense: Possession with Intent to Distribute Heroin and Cocaine, 21 U.S.C. § 841(a)(1) | Date Supervision Commenced: 6/23/2005 |
| Original Sentence: Prison - 30 Months; TSR - 60 Months | Date Supervision Expires: 6/22/2010 |

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

Violation Number    Nature of Noncompliance

1    **Standard Condition # 7**: The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substance, except as prescribed by a physician.

    **Supporting Evidence**: Robert Hutton violated conditions of his supervised release by consuming heroin on or about September 26, 2005, contrary to condition number 7 of the conditions of supervised release.

    On September 26, 2005, Robert Hutton was summoned to the Iverson Center for urine testing. The sample was tested and returned a presumptive positive reading for heroin. On September 28, 2005, Robert Hutton signed an admission of drug use form acknowledging heroin consumption on or about September 26, 2005.

**U.S. Probation Officer Action**:

As an intermediate sanction, Robert Harmon was directed to abstain from the use of controlled substances while under supervision. Additionally, he is now required to participate in intensive outpatient services following his use of controlled substances. The undersigned officer discussed this recent use of narcotics with the chemical dependency counselor and confirmed the need for more intensive intervention.

Prob12A
Re: **Hutton, Robert Allen**
**September 30, 2005**
**Page 2**

It is hoped that the intermediate sanction imposed meets the expectations of the Court. The undersigned officer is convinced that the offender is amenable to treatment efforts. Please advise this officer should Your Honor require a different course of action or a Court appearance by the offender

                                              Respectfully submitted,

                                        by   *Tommy R*
                                              Tommy Rosser
                                              U.S. Probation Officer
                                              Date: September 30, 2005

[X] Court Concurs with Officer Action
[ ] Submit a Request for Modifying the Condition or Term of Supervision
[ ] Submit a Request for Warrant or Summons
[ ] Other

                                              _____
                                              Signature of Judicial Officer

                                              10/18/05
                                              Date

EDWA13 (12/02)

# EASTERN DISTRICT OF WASHINGTON
## U.S. PROBATION AND PRETRIAL SERVICES
### ADMISSION OF DRUG USE

I, _____Hutton, Robert_____, hereby admit that I have used the following drug(s) on the date(s) indicated below without proper medical authorization in the form of a valid prescription or physician's instructions:

| DRUG | DATE |
|---|---|
| Heroin | September 26, 2005 |
| | |
| | |

This admission of drug use is made voluntarily and without threat or promise, and I understand that it can be used against me in U.S. District Court or U.S. Parole Commission proceedings. An admission may also result in my being requested to participate in an assessment and/or recommended treatment.

SIGNED  *Robert A. Hutton*   9-28-05
         Defendant/Offender        Date

*Tommy R___*   9-28-05
USPTSO/USPO    Date