PROB 12A
(7/93)

# United States District Court

### for the

### Eastern District of Washington

## Report on Offender Under Supervision
### *(No Action Requested)*

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**DEC 13 2005**

JAMES R. LARSEN, CLERK
_____DEPUTY
RICHLAND, WASHINGTON

Name of Offender: Robert Allen Hutton                Case Number: 2:03CR02053-001

Name of Sentencing Judicial Officer: The Honorable Edward F. Shea, U.S. District Judge

Date of Original Sentence: 09/05/2003              Type of Supervision: Supervised Release

Original Offense: Possession with Intent to Distribute Heroin, 21 U.S.C. § 841(a)(1)           Date Supervision Commenced: 06/23/2005

Original Sentence: Prison - 30 Months; TSR - 60 Months           Date Supervision Expires: 06/22/2010

---

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 2 | **Standard Condition # 7**: The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substance, except as prescribed by a physician. |

**Supporting Evidence**: Robert Hutton violated conditions of his supervised release by consuming heroin on or about October 7, 12, 19, 25 and 29, 2005, contrary to condition number 7 of the conditions of supervised release.

On or about the above-referenced dates, Robert Hutton was summoned to the Iverson Center for urine testing. The samples were tested and returned a presumptive positive reading for opiates. On November 1, 2005, Robert Hutton signed the attached admission of drug use form acknowledging heroin consumption on or about October 7, 12, 19, 25 and 29, 2005.

**U.S. Probation Officer Action**:

As the Court may recall, the offender consumed controlled substances in September 2005. The undersigned officer notified the Court that the offender would be referred to aftercare counseling. Contact with the chemical dependency counselor confirms that the offender participated in counseling as required.

As an intermediate sanction, Robert Hutton was again directed to abstain from the use of controlled substances while under supervision. Additionally, he is required to participate in an intensive inpatient program following his continued use of controlled substances. The undersigned officer discussed this recent use of narcotics with the chemical dependency counselor and confirmed the need for more intensive intervention. On November 16, 2005, the offender entered a 60 to 90-day intensive inpatient treatment program at Pioneer Center East.

Prob12A
Re: Hutton, Robert Allen
December 8, 2005
Page 2

It is again hoped that the intermediate sanction imposed meets the expectations of the Court. The undersigned officer is convinced that the offender is amenable to treatment efforts. Please advise this officer should Your Honor require a different course of action or a Court appearance by the offender.

Respectfully submitted,

by *Tommy Ross*

Tommy Rosser
U.S. Probation Officer
Date: December 8, 2005

[X] Court Concurs with Officer Action
[ ] Submit a Request for Modifying the Condition or Term of Supervision
[ ] Submit a Request for Warrant or Summons
[ ] Other

Signature of Judicial Officer

12/13/05
Date

EDWA13 (12/02)

# EASTERN DISTRICT OF WASHINGTON
## U.S. PROBATION AND PRETRIAL SERVICES
## ADMISSION OF DRUG USE

I, __Hutton, Robert__, hereby admit that I have used the following drug(s) on the date(s) indicated below without proper medical authorization in the form of a valid prescription or physician's instructions:

| DRUG | DATE |
|---|---|
| Heroin | 10/7 and 10/12/05 |
| Heroin | 10/19/05 |
| Heroin | 10/25 and 10/29/05 |

This admission of drug use is made voluntarily and without threat or promise, and I understand that it can be used against me in U.S. District Court or U.S. Parole Commission proceedings. An admission may also result in my being requested to participate in an assessment and/or recommended treatment.

SIGNED _Robert Hutton_ 11-1-05
Defendant/Offender    Date

_Tommy Ross_ 11-1-05
USPTSO/USPO    Date