PROB 12B
(7/93)

# United States District Court

for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

FEB 21 2006

JAMES R. LARSEN, CLERK
_____DEPUTY
RICHLAND, WASHINGTON

**Request for Modifying the Conditions or Term of Supervision
with Consent of the Offender**
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Robert Allen Hutton                Case Number: 2:03CR02053-001

Name of Sentencing Judicial Officer: The Honorable Edward F. Shea, U.S. District Judge

Date of Original Sentence: 09/05/2003                Type of Supervision: Supervised Release

Original Offense: Possession with Intent to Distribute Heroin, 21 U.S.C. § 841(a)(1)                Date Supervision Commenced: 06/23/2005

Original Sentence: Prison - 30 Months; TSR - 60 Months                Date Supervision Expires: 06/22/2010

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

> You shall abstain from alcohol and shall submit to testing (including urinalysis and Breathalyzer), as directed by the supervising probation officer, but no more than 6 tests per month, in order to confirm continued abstinence from this substance.

> You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising probation officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

## CAUSE

The purpose of this petition is to apprise the Court of the status of the aforementioned case, in light of the Ninth Circuit Court of Appeals' finding in United States v. Stevens (9th Cir. 2005), and to request that the conditions of supervision be modified to authorize a maximum of six random drug tests per month.

Robert Hutton was asked whether he would waive his right to a hearing and agree to the modifications as previously described. As indicated by the enclosed Waiver of Hearing to Modify Conditions of Supervised Release form, Mr. Hutton has agreed to the proposed modifications.

Prob 12B
**Re: Hutton, Robert Allen**
**January 26, 2006**
**Page 2**

It is respectfully recommended that the attached Waiver of Hearing to Modify Conditions of Supervised Release be adapted.

Respectfully submitted,

by *Tommy Rosser*

Tommy Rosser
U.S. Probation Officer
Date: January 26, 2006

## THE COURT ORDERS

[ ] No Action
[ ] The Extension of Supervision as Noted Above
[X] The Modification of Conditions as Noted Above
[ ] Other

Signature of Judicial Officer

2/21/06
Date